**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE RIGOBERTO LOPEZ AGUILAR,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

Case No. 5:26-cv-3418-JGB (SK)

**ORDER TO SHOW CAUSE**

Petitioner is ORDERED TO SHOW CAUSE in writing within 14 days of this order why his petition under 28 U.S.C. § 2241 should not be dismissed for failure to exhaust administrative remedies in the Board of Immigration Appeals following his custody redetermination hearing before an immigration judge on May 13, 2026. Any such dismissal would be without prejudice to petitioner's rights to file a new § 2241 petition after he has exhausted his administrative remedies in the Board. Petitioner may satisfy this order by filing a notice of voluntary dismissal without prejudice. If no such notice of voluntary dismissal or other written response is filed on time, however, this action may be involuntarily dismissed—with no further notice or warning—for lack of prosecution and noncompliance with court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.

DATED: July 27, 2026

HON. STEVE KIM
United States Magistrate Judge