JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE RIGOBERTO LOPEZ AGUILAR,

Petitioner,

v.

J. JOHNSON, Warden, et al.,

Respondents.

CASE NO. 5:26-cv-3418-JGB-SK

**JUDGMENT**

In accordance with the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2241 is granted in Petitioner's favor. **Jose Rigoberto Lopez Aguilar (A# 220-152-736)** shall be RELEASED FORTHWITH from ICE custody on the same bond and conditions of release entered by the immigration court on September 22, 2023.

DATED: August 25, 2026

JESUS G. BERNAL
United States District Judge